930

May 27, 1968.

No. ——. SHIFFMAN *v.* SELECTIVE SERVICE LOCAL BOARD No. 5 ET AL. C. A. 2d Cir. Application for writ of injunction or stay, presented to MR. JUSTICE HARLAN, and by him referred to the Court, denied. (See concurring memorandum of MR. JUSTICE STEWART and dissent of MR. JUSTICE DOUGLAS below.) *Melvin L. Wulf* for applicant. *Solicitor General Griswold* for respondents in opposition.

No. ——. ZIGMOND *v.* SELECTIVE SERVICE LOCAL BOARD No. 16 ET AL. C. A. 1st Cir. Application for stay, presented to MR. JUSTICE FORTAS, and by him referred to the Court, denied. *Solicitor General Griswold* for respondents in opposition.

MR. JUSTICE STEWART, concurring.*

In voting to deny these applications, I intimate no view upon the merits of the applicants' substantive claims, which are not now before us.

MR. JUSTICE DOUGLAS, dissenting.†

In these cases the Courts of Appeals for the First and Second Circuits have held that § 10 (b)(3) of the Universal Military Training and Service Act, as amended by the Military Selective Service Act of 1967, 81 Stat. 104, 50 U. S. C. App. § 460 (b)(3) (1964 ed., Supp. III),[1]

---

*This memorandum applies also to *Shiffman* v. *Selective Service Local Board No. 5 et al., supra.*

†This opinion applies also to *Shiffman* v. *Selective Service Local Board No. 5 et al., supra.*

[1] "No judicial review shall be made of the classification or processing of any registrant by local boards, appeal boards, or the President, except as a defense to a criminal prosecution instituted under section 12 of this title, after the registrant has responded either affirmatively or negatively to an order to report for induction . . . ."